1
## AFFIDAVIT

I, Jonathan Mayfield, being duly sworn, state as follows:

1.      I am a Border Patrol Agent (BPA) with the United States Department of

Homeland Security, United States Border Patrol.  I have been with the Border Patrol since

September 2011.  I am currently assigned to the Newport, Vermont Border Patrol Station.

2.      This affidavit is offered to demonstrate that probable cause exists to believe that

Antonio ALVAREZ, knowing and in reckless disregard of the fact that certain aliens had come

to, entered, and remained in the United States in violation of law, attempted to transport and

move those aliens within the United States in furtherance of such violations of law, in violation

of 8 U.S.C. § 1324(a)(1)(A)(ii).

3.      The information contained in this affidavit is based upon my own training,

experience, and investigation as well as that of other law enforcement officers.  The following is

either known to me personally or has been related to me by persons having direct knowledge of

the events described below.  It is meant to set forth probable cause and does not include every

fact known to law enforcement about the events described below.

4.      On November 7, 2022, Newport Border Patrol Agents were doing static

surveillance in the woods near Moon Road in Derby Line, VT. Moon Road is in an area less than

a mile south of the international border which connects to Goodall Road. At around 6:20pm,

agents in the area witnessed six subjects walking west bound on Goodall Road. The subjects

were dressed in multiple layers of clothes in a way not normal for local Vermonters, and

common with Entries without Inspections (EWIs), particularly given the unseasonably warm

weather. The subjects were walking single file in the dark, without lights on, which is unusual

2

behavior for local Vermont residents. A BPA initiated contact with these subjects, identified himself as a BPA, and questioned the individuals as to their immigration status. The subjects were found to have no legal identification or paperwork allowing them to reside in the United States legally. They were transported the Newport Border Patrol Station for processing and disposition.

5.      On November 7, 2022, Supervisory Border Patrol Agent (SBPA) Palmer was responding to the above activity of six EWIs in the Moon Road. area. At around 6:20pm, he noticed a white Toyota Tacoma that slowed down below the posted speed limit on Interstate 91 near exit 28. Upon arrival in the area, SBPA Palmer  parked near exit 29 to see if the Tacoma was going to exit as well. The SBPA noticed the white Tacoma get off at the exit, turn on to Valley Road, and immediately turn onto Herrick Road. The vehicle proceeded at a very slow rate of speed, which was well under the limit, and the operator appeared to the SBPA to be very nervous. The vehicle was approximately one mile from where the group of six subjects were just apprehended.  The vehicle also had New York license plates (NY #KMA2935).  Based upon SBPA Palmer's training and experience, the traffic for that area is predominantly local and is not frequently traveled by out-of-state vehicles. The vehicle and its driving characteristics near the ongoing alien smuggling event led the SBPA to suspect the vehicle was involved in the event. SBPA Palmer followed the vehicle with the purpose of initiating a vehicle stop to perform an immigration inspection on the operator. SBPA initiated a vehicle stop on the white Toyota Tacoma.

6.      The driver and lone occupant of the vehicle, later identified as Antonio ALVAREZ, could not give any reasonable explanation for being in the area. He claimed he was

3

looking for construction work, but this seemed unlikely given that it was dark outside and the rural environment in which he was travelling. U.S. Customs and Border Protection officers also responded and provided translation assistance as the driver spoke broken English. At that time, in sum and substance, and in part, ALVAREZ admitted to being in the area for the purpose of picking up individuals crossing the border illegally.  ALVAREZ handed SBPA Palmer a valid New York State driver's license and work authorization card. ALVAREZ admitted the vehicle was a rental. The rental agreement provided by ALVAREZ showed a one-day rental out of Albany, NY. The SPBA noticed no luggage and no tools for construction in plain view. The SBPA was not certain of ALVAREZs' claimed immigration status and believed him to be a part of the active smuggling event. SBPA Palmer detained ALVAREZ and transported him back to Newport Border Patrol station to confirm his immigration status in the United States and to interview him regarding the human smuggling event.

7.     As part of the November 7, 2022, event, SBPA-Intelligence Palma, BPA-Intelligence Loomis, and BPA Mayfield conducted interviews with five of the six EWIs and ALVAREZ.  Prior to each interview, the EWIs and ALVAREZ were informed of their *Miranda* rights, which each waived.  All interviews were recorded and preserved.

8.     During his interview after waiving his *Miranda* rights, ALVAREZ, in sum and substance, and in part, admitted to being in the area to pick up and transport smuggled aliens. ALVAREZ stated he was to be paid $2000.00 USD. A subject named "Omar" was to pay him. ALVAREZ consented to a conditional search of his cellular phone and provided his interviewers with a phone number for "OMAR," which was later matched up with numbers in other subjects' phones as part of the additional interviews conducted. Furthermore, ALVAREZ stated that he

4

was previously recruited as a driver for a human smuggling event in June 2022. That event was to occur in Champlain, NY. ALVAREZ stated that he traveled to Champlain, NY but became nervous and turned back prior to carrying out the smuggling activity.

11.   Based on the foregoing, I believe that there is probable cause to believe that Antonio ALVAREZ violated 8 U.S.C. § 1324(a)(1)(A)(ii).

Dated at Burlington, in the District of Vermont on this 9th day of November, 2022.

Jonathan Mayfield
BORDER PATROL AGENT
DEPARTMENT OF HOMELAND SECURITY

Sworn to and subscribed before me this 9th day of November, 2022.

HON. KEVIN J. DOYLE
United States District Court
District of Vermont